```
DOUGLAS TUCKER 172550
HENRY Y. CHIU 222927
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
A Professional Corporation
5260 North Palm, Suite 205
Fresno, California  93704
Telephone:  (559) 472-9922
Facsimile:   (559) 472-9892
```

Attorneys for **Plaintiff,
TROY JACQUES**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| TROY JACQUES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, aka BANK OF AMERICA N.A.; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation; EARLY WARNING SERVICES, LLC, a limited liability company, and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No.:  **1:12-cv-00821-LJO-DLB**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

　　　　Plaintiff TROY JACQUES and defendants BANK OF AMERICA CORPORATION, aka BANK OF AMERICA N.A., FIRST ADVANTAGE BACKGROUND SERVICES CORP., and EARLY WARNING SERVICES, LLC (collectively "the Parties") are currently in the process of exploring an informal resolution of the present action. In light of the upcoming litigation deadlines, the Parties respectfully request the following:

　　　　1.　　that Defendants' time to respond to the Amended Complaint be extended by sixty (60) days. Defendants were served with the Amended Complaint on July 12, 2012, thereby making their response due on or before August 2, 2012.  The Parties jointly agree to extend the deadline for Defendants to file their responses by sixty (60) days to October 1, 2012.

MOSS, TUCKER, CHIU,
HEBESHA & WARD PC
5260 N. PALM AVE., #205
FRESNO, CA  93704

1
**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' DEADLINE
TO FILE RESPONSIVE PLEADING AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE**

2. that the Mandatory Scheduling Conference currently scheduled for July 31, 2012 (and its related deadlines), be continued at least sixty (60) days.

Dated: July 19, 2012.      MOSS, TUCKER, CHIU, HEBESHA & WARD PC

By: */s/ Henry Y. Chiu*
HENRY Y. CHIU
Attorneys for Plaintiff
TROY JACQUES

Dated: July 19, 2012.      EDWARDS WILDMAN PALMER LLP

By: */s/ Patricia S. Riordan*
PATRICIA S. RIORDAN
Attorneys for Defendant
BANK OF AMERICA, CORPORATION
aka BANK OF AMERICA, N.A

Dated: July 19, 2012.      COLEMAN & HOROWITT, LLP

By: */s/ Keith M. White*
KEITH M. WHITE
Attorneys for Defendant
FIRST ADVANTAGE BACKGROUND
SERVICES CORP

Dated: July 19, 2012.      GREENBERG TRAURIG, LLP

By: */s/ Roger L. Scott*
ROGER L. SCOTT
Attorneys for Defendant
EARLY WARNING SERVICES, LLC

## **ORDER**

Having considered the parties' Stipulation, this Court hereby ORDERS as follows:

1. The last day for the Defendants' to respond to the Amended Complaint is hereby extended to October 1, 2012.

2. The Mandatory Scheduling Conference is continued to October 29, 2012 at 9:00 am. A Joint Statement is due one week before the conference.

IT IS SO ORDERED.

Dated: **July 20, 2012**      /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

MOSS, TUCKER, CHIU,
HEBESHA & WARD PC
5260 N. PALM AVE., #205
FRESNO, CA 93704

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' DEADLINE
TO FILE RESPONSIVE PLEADING AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE