1   DARRYL J. HOROWITT #100898
    KEITH M. WHITE #188536
2   COLEMAN & HOROWITT, LLP
    Attorneys at Law
3   499 West Shaw, Suite 116
    Fresno, California 93704
4   Telephone: (559) 248-4820
    Facsimile:  (559) 248-4830
5
    Attorneys for Defendant,
6   FIRST ADVANTAGE BACKGROUND
    SERVICES CORP., a Florida corporation
7

8           UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                    FRESNO DIVISION

10  TROY JACQUES,                              CASE NO.  1:12-CV-00821-LJO-DLB

11              Plaintiff,

12      v.                                     **STIPULATION AND ORDER TO
                                               CONTINUE DEFENDANT FIRST
13  BANK OF AMERICA CORPORATION, a             ADVANTAGE BACKGROUND
    Delaware corporation, aka BANK OF          SERVICES CORP.'S DEADLINE TO
14  AMERICA N.A.; FIRST ADVANTAGE              RESPOND TO PLAINTIFF'S
    BACKGROUND SERVICES CORP., a               AMENDED COMPLAINT**
15  Florida corporation; EARLY WARNING
    SERVICES, LLC, a limited liability
16  company; and DOES 1 through 50,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

                                      1

1  Plaintiff TROY JACQUES, by and though his counsel fo record, Douglas Tucker of

2  Moss, Tucker, Chiu, Hebesha & Ward PC, and Defendant FIRST ADVANTAGE

3  BACKGROUND SERVICES CORP., a Florida corporation ("FABSC"), by and through his

4  counsel of record., Keith M. White of Coleman & Horowitt, LLP hereby stipulate as follows:

5  1. That Defendant First Advantage Background Services Corp.'s time to respond the

6  Amended Complaint be further extended up to and including **October 9, 2012.**

7

8  Dated: October 1, 2012                     COLEMAN & HOROWITT

9

10                                            */s/ Keith M. White*

11                                    By:_____
                                           Keith M. White
12                                         Attorneys for Defendant,
                                           FIRST ADVANTAGE BACKGROUND
13                                         SERVICES CORP., a Florida corporation

14

15                                    MOSS, TUCKER, CHIU, HEBESHA &
                                      WARD PC
16                                            */s/ David Tucker*
                                    By:_____
17  Dated: October 1, 2012                David Tucker
                                          Attorneys for Plaintiff,
18                                        TROY JACQUES

19

20                               **ORDER**

21  Having considered the parties' Stipulation, this Court ORDERS that the last day for

22  Defendant First Advantage Background Services Corp. to respond to the Amended Complaint is

23  hereby extended to October 9, 2012.

24  IT IS SO ORDERED.

25

   **Dated:   October 15, 2012            /s/ Dennis L. Beck**
26                                        UNITED STATES MAGISTRATE JUDGE

27

28

2