# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 12-0821 LJO DLB<br><br>**ORDER TO DISMISS DEFENDANT EARLY WARNING**<br>(Doc. 28.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Early Warning Services, LLC only. Such dismissal renders moot Early Warning Services, LLC's motion to dismiss, and this Court will take no further action on it. The clerk is directed to term doc. 18 and NOT to close this action.

IT IS SO ORDERED.

**Dated:    October 26, 2012**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1