**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY JACQUES, | CASE NO. CV F 12-0821 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT FIRST ADVANTAGE** |
| vs. | (Doc. 29.) |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action with prejudice as to defendant First Advantage Background Services Corp. only. Such dismissal renders moot defendant First Advantage Background Services Corp.'s motion to dismiss, and this Court will take no further action on it. The clerk is directed to term doc. 21 and NOT to close this action.

IT IS SO ORDERED.

**Dated:   October 26, 2012**            /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

1