# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

TROY JACQUES,

    Plaintiff,

vs.

BANK OF AMERICA CORPORATION,

    Defendant.

Case No.: 1:12-cv-00821-LJO-SAB

**STIPULATION AND ORDER FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT; AND VACATING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**

---

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file a Third Amended Complaint within seven (7) days of the date of service of this Order;

2. Plaintiff's Motion to Strike Defendant's Affirmative Defenses is withdrawn; and

3. The hearing currently set for April 3, 2013, is vacated.

IT IS SO ORDERED.

Dated: **March 28, 2013**

_____
UNITED STATES MAGISTRATE JUDGE