| | |
|---|---|
| 1  Douglas Tucker, CA Bar #172550 | **(SPACE BELOW FOR FILING STAMP ONLY)** |

Douglas Tucker, CA Bar #172550
MOSS, TUCKER, CHIU, HEBESHA
   & WARD PC
5260 North Palm Avenue, Suite 205
Fresno, CA  93704
Telephone:  (559) 472-9922
Facsimile:  (559) 472-9892

Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

Attorneys for Plaintiff TROY JACQUES

Patricia S. Riordan, CA Bar #187418
E-Mail:  priordan@edwardswildman.com
EDWARDS WILDMAN PALMER, LLP
1901 Avenue of the Stars, Suite 1700
Los Angeles CA  90067
Telephone:  (310) 860-8700
Facsimile:  (310) 580-9680

Attorneys for Defendant BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TROY JACQUES,<br><br>    Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, aka BANK OF AMERICA N.A.; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation; EARLY WARNING SERVICES, LLC, a limited liability company, and DOES 1 through 50,<br><br>    Defendants. | Case No.: 1:12-cv-00821-LJO-SAB<br><br>**STIPULATION CONTINUING DATES FOR AMENDMENT TO PLEADINGS AND RESPONSE TO THIRD AMENDED COMPLAINT; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between counsel for all the parties that the deadline for Amendments to Pleadings set forth in the Scheduled Order (Document

56) be rescheduled.  The Scheduling Order states "Any motions or stipulations requesting leave to amend the pleadings must be filed by no later than May 1, 2013."  Counsel have agreed to extend the deadline to May 13, 2013.  New counsel has recently associated in as counsel for Plaintiff.  Plaintiff has recently filed a Third Amended Complaint.  Defendant has been granted an extension to respond to the Third Amended Complaint.  Plaintiff would like to bring in a new party.  Therefore, the parties have stipulated as follows:

**Amendment to Pleading.**

<u>Old Language/Date</u>:  Any motions or stipulations requesting leave to amend the pleadings must be filed by no later than <u>May 1, 2013</u>.

<u>New Language/Date</u>:  Any motions or stipulations requesting leave to amend the pleadings must be filed by no later than <u>May 13, 2013</u>.

**Defendant's Response to Third Amended Complaint:**

Old Date:    May 6, 2013

New Date:   May 20, 2013

DATED: May 1, 2013.                               CORNWELL & SAMPLE, LLP


                                                  By: ___/s/___Stephen R. Cornwell_____
                                                         Stephen R. Cornwell
                                                         Attorney for Plaintiff
                                                         TROY JACQUES


DATED: May 1, 2013.                               EDWARDS, WILDMAN & PALMER LLP




                                                  By: ___/s/___Patricia S. Riordan_____
                                                         Patricia S. Riordan
                                                         Attorney for Defendant
                                                         BANK OF AMERICA, N.A.

**ORDER**

IT IS SO ORDERED.

Dated:   **May 1, 2013**              _____
                                         UNITED STATES MAGISTRATE JUDGE