UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TROY JACQUES,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>      Defendants. | Case No.: 1:12-cv-00821-LJO-SAB<br><br>ORDER ON STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE BANK OF AMERICA CORPORATION'S AFFIRMATIVE DEFENSES |

Pursuant to the stipulation of the parties, Plaintiff's Motion To Strike Bank Of America Corporation's Affirmative Defenses shall be continued.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Strike Bank Of America Corporation's Affirmative Defenses shall be continued from September 4, 2013, at 9:30 a.m. to **September 18, 2013, at 9:30 a.m.** in Courtroom 9; and

2. Defendants opposition to the motion shall be filed on or before September 4, 2013, and Plaintiff's reply shall be filed on or before September 11, 2013.

IT IS SO ORDERED.

Dated:   **August 19, 2013**

UNITED STATES MAGISTRATE JUDGE