1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY JACQUES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, *aka* BANK OF AMERICA, N.A.; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation; EARLY WARNING SERVICES, LLC, a Limited Liability company; and DOES 1 through 50,<br><br>　　　　　Defendants. | **CASE NO. 1:12-cv-00821-SAB**<br><br>**ORDER GRANTING STIPULATION: (1) ALLOWING DEFENDANT BANK OF AMERICA, N.A. TO FILE AMENDED ANSWER TO PLAINTIFF'S *FOURTH AMENDED COMPLAINT*; (2) TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO STRIKE FROM SEPTEMBER 18 TO OCTOBER 2, 2013** |

**ORDER**

Pursuant to the Joint Stipulation to: (1) allow Defendant BANK OF AMERICA CORPORATION ("Defendant") to File Amended Answer to Plaintiff TROY JACQUES' ("Plaintiff") *Fourth* Amended Complaint; and (2) continue the hearing on Plaintiff's Motion to Strike Defendant's Affirmative Defenses submitted herewith, and good cause appearing, **IT IS SO ORDERED** that:

1. Defendant is allowed to file and serve an Amended Answer up to and including September 18, 2013;

2. The hearing on Plaintiff's Motion to Strike set for September 18, 2013 is continued to October 2, 2013 so that Defendant need not file an Opposition to Plaintiff's Motion to Strike on September 4, 2013 and to preserve Plaintiff's right to move forward with the Motion to Strike if for some reason an Amended Answer is not filed; and

3. Plaintiff also reserves the right to challenge Defendant's Amended Answer, if deemed necessary and appropriate, pursuant to federal rules.

IT IS SO ORDERED.

Dated:   **September 5, 2013**

UNITED STATES MAGISTRATE JUDGE