# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00821-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AS MOOT AND VACATING OCTOBER 2,2 013 HEARING<br><br>(ECF No. 74) |

Plaintiff Troy Jacques filed a motion to strike Defendant Bank of America's affirmative defenses on August 6, 2013.  (ECF No. 74.)  On August 20, 2013, an order issued on the parties stipulation to continue the hearing on the motion to October 2, 2013 at 9:30 a.m. in Courtroom 9.  Defendant Bank of America filed an amended answer on September 19, 2013.  An amended pleading supersedes the original pleading and it is if the original pleading did not exist.  <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1262 (9th Cir. 1992).  The answer having now been superseded by the amended answer, <u>Armstrong v Davis</u>, 275 F.3d 849, 877 n.39 (9th Cir. 2001) (<u>abrogated on other grounds by</u> <u>Johnson v. California</u>, 543 U.S. 499, 504-05 (2005), Plaintiff's motion to strike the affirmative defenses in the answer is now moot.

///

///

///

1

1  Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to strike Bank
2  of America's affirmative defenses is DENIED without prejudice as MOOT and the hearing set for
3  October 2, 2013 is VACATED.

IT IS SO ORDERED.

Dated:  **October 1, 2013**

UNITED STATES MAGISTRATE JUDGE