# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES, | Case No. 1:12-cv-000821-SAB |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND AND VACATING DATES |
| v. | (ECF Nos. 92, 93) |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

On August 1, 2014, the parties notified the court that they were seeking amendment of the scheduling order issued November 8, 2013. On August 29, 2014, Plaintiff filed a motion to amend the complaint.

A telephonic hearing was held on August 29, 2014 to address the request to amend the scheduling order. Counsel Stephen Cornwell appeared for Plaintiff and counsel John-Paul Lapointe appeared for Defendant. During the hearing, Defendant indicated that they do not oppose the motion to amend the complaint.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. All dates established in the amended scheduling order issued November 8, 2013 are VACATED;

2. Plaintiff's motion to file an amended complaint is GRANTED;

1

3. The hearing set for October 8, 2014, at 10:00 a.m. on the motion to amend the complaint is VACATED;

4. Plaintiff shall file a fifth amended complaint on or before September 8, 2014;

5. The Court shall address setting new deadlines once Defendant Early Warning Services has appeared in this action and a consent or decline form is filed; and

6. A scheduling conference is set for November 18, 2014, at 10:00 a.m. in Courtroom 9. The parties shall file a joint scheduling conference report one week prior to the scheduling conference in conformity with the requirements set forth in the Court's order setting mandatory scheduling conference dated May 18, 2012 regarding dates only, unless the added party wishes to supplement any matter necessary for the Court's consideration at the scheduling conference.

IT IS SO ORDERED.

Dated: **September 2, 2014**

UNITED STATES MAGISTRATE JUDGE