# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>          Defendants. | Case No.  1:12-cv-00821-SAB<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 104) |

The court has read and considered the application of Chiaman Wang, attorney for Defendant Early Warning Services, LLC, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Chiaman Wang's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **September 25, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1