# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>             Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>             Defendants. | Case No.  1:12-cv-00821-LJO-SAB<br><br>ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |

On October 10, 2014, Defendant Early Warning Service, LLC filed a motion to dismiss. (ECF No. 107.)  The Court has reviewed the pending motion, and due to the Court's impacted docket and priority of criminal cases over civil matters, the Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation.  While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired.  As multiple trials are now being set to begin upon the same date, parties may find their case trailing with little notice before the trial begins.  The law requires the Court give any criminal case priority over civil trials and other matters, and the Court must proceed with criminal trials even if a civil trial is older or was set earlier. Continuances of civil trials under these circumstances will no longer be entertained, absent a specific and stated finding of good cause.  If multiple trials are scheduled to begin on the same

day, this civil trial will trail day to day or week to week until completion of any criminal case or older civil case.

The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. The Court will direct the Clerk of the Court to provide Defendants with the Court's standard form to consent to or decline Magistrate Judge jurisdiction. Within ten days of this order's date of service, Defendants shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the Court.

The parties are advised that the same jury pool is used by both United States Magistrate Judges and United States Article III District Court Judges. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit. Finally, for the parties' information, the Fresno Division, whenever possible, is utilizing United States Article III District Court Judges from throughout the country as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

The parties are advised that they are free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

Accordingly, it is HEREBY ORDERED that: the pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone.

**SO ORDERED**
**Dated: October 23, 2014**

/s/ Lawrence J. O'Neill
**United States District Judge**

2