Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

Attorneys for Plaintiff, TROY JACQUES

**(SPACE BELOW FOR FILING STAMP ONLY)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TROY JACQUES,<br><br>   Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, aka BANK OF AMERICA N.A.; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation; EARLY WARNING SERVICES, LLC, a limited liability company, and DOES 1 through 50,<br><br>   Defendants. | CASE NO.: 1:12-cv-00821-LJO-SAB<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO DISMISS; AND ORDER THEREON** |

   IT IS HEREBY STIPULATED by all parties, by and through their respective counsel, that the hearing on Defendant EARLY WARNING SERVICES, LLC's Motion to Dismiss be continued from November 12, 2014, at 10:00 a.m., in Courtroom 9, to **December 17, 2014,** at 10:00 a.m., in Courtroom 9.

   IT IS FURTHER STIPULATED that all deadlines to file oppositions and reply pleadings will be calculated using the new hearing date.

   Counsel also request that the Court considering moving the Scheduling Conference presently scheduled for November 18, 2014, at 10:00 a.m., Courtroom 9, before Magistrate Judge Stanley A. Boone.

/ / /

| | | |
|---|---|---|
| 1 | DATED: October 28, 2014. | CORNWELL & SAMPLE, LLP |
| 2 | | |
| 3 | | By:   /s/   Stephen R. Cornwell |
| 4 | | Stephen R. Cornwell<br>Attorney for Plaintiff |
| 5 | | TROY JACQUES |
| 6 | | |
| 7 | DATED: October 28, 2014. | EDWARDS WILDMAN PALMER LLP |
| 8 | | |
| 9 | | |
| 10 | | By: *Jon-Paul Lapointe  (auth. on 10/28/2014)*<br>Jon-Paul Lapointe |
| 11 | | Attorney for Defendant<br>BANK OF AMERICA, N.A. |
| 12 | | |
| 13 | DATED: October 28, 2014. | KILPATRICK TOWNSEND & STOCKTON LLP |
| 14 | | |
| 15 | | |
| 16 | | By: *Craig E. Bertschi  (auth. on 10/28/2014)*<br>Craig E. Bertschi |
| 17 | | Attorney for Defendant<br>EARLY WARNING SERVICES, LLC |

**ORDER**

IT IS SO ORDERED.

Dated:   **October 28, 2014**

_____
UNITED STATES MAGISTRATE JUDGE