# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>             Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>             Defendants. | Case No.  1:12-cv-00821-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO TERMINATE CRAIG E. BERTSCHI AS ATTORNEY OF RECORD<br><br>(ECF No. 126) |

On January 26, 2015, Defendant Early Warning System filed a notice of termination of attorney due to Craig E. Bertschi no longer being associated with the firm of Kilpatrick Townsend & Stockton LLP.  Accordingly, the Clerk's Office is HEREBY ORDERED to terminate Craig E. Bertschi as attorney of record for Defendant Early Warning System and remove him from the service list.

IT IS SO ORDERED.

Dated:   **January 27, 2015**

UNITED STATES MAGISTRATE JUDGE

1