| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | | | |
|---|---|---|---|
| 10 | TROY JACQUES, | ) | CASE No.: 1:12-cv-00821-SAB |
| 11 | Plaintiff, | ) ) ) | |
| 12 | v. | ) ) | **ORDER RE STIPULATION TO CONTINUE DATES FOR** |
| 13 | BANK OF AMERICA CORPORATION, a Delaware corporation, aka BANK OF AMERICA N.A.; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation; EARLY WARNING SERVICES, LLC, a limited liability company, and DOES 1 through 50, | ) ) ) ) ) ) ) ) ) | **DISCOVERY, DESIGNATION OF EXPERTS, FILING OF NON-DISPOSITIVE MOTIONS, AND FILING OF DISPOSITIVE MOTIONS** (ECF No. 136) |
| 17 | Defendants. | ) ) | |

This Stipulation is made by and between counsel for the Plaintiff and sole Defendant BANK OF AMERICA, N.A.

## **RECITALS**

Whereas the parties have engaged in discovery and have conferred further in an effort to conclude discovery and designate experts and otherwise prepare this matter for trial and upon conferring have agreed to modify the dates set forth in the Amended Scheduling Order filed on January 19, 2016; and

/ / /

/ / /

Whereas the parties are engaged in discovery now and find it in their mutual best interests or are otherwise agreeable to modify the dates for various tasks to be accomplished and wish to modify those dates to accommodate scheduling.

## **STIPULATION**

NOW, THEREFORE, the parties do hereby stipulate, by and through their counsel as follows:

1. The original Non-Expert Discovery Cut-Off was March 25, 2016, and pursuant to Stipulation and Court order was extended to April 22, 2016. The parties now agreed to extend the discovery cut-off to **May 23, 2016.**

2. The original Expert Disclosure was February 5, 2016, and pursuant to Stipulation and Court order was extended to May 6, 2016. The parties now agree to disclose experts on **June 6, 2016.**

3. The original Supplemental Expert Disclosure was March 18, 2016, and pursuant to Stipulation and order was extended to May 20, 2016. The parties now agree to disclose supplemental experts on or before **June 20, 2016.**

4. The deadline for completing expert discovery was April 29, 2016, and pursuant to Stipulation and Court order was extended to June 3, 2016. The parties now agree to complete expert discovery by **July 5, 2016.**

5. The deadline for filing Non-Dispositive Motions was March 25, 2016, and pursuant to Stipulation and Court order was extended to April 22, 2016. The parties now agree to extend the date for the filing of such motions to **June 20, 2016.**

6. The deadline for the filing of Dispositive Motions was May 13, 2016, and pursuant to Stipulation and Court order was extended to June 10, 2016. The parties now agree to extend the date for filing of such motions to **July 12, 2016.**

7. The parties agree that the Pre-Trial Conference remain set on August 19, 2016.

8. The parties agree that the Trial remain set on September 20, 2016 at 8:30 in Courtroom 9 as a jury trial.

DATED: April 12, 2016.                                          CORNWELL & SAMPLE, LLP


                                                                By:       /s/ Stephen R. Cornwell
                                                                        Stephen R. Cornwell
                                                                        Attorney for Plaintiff
                                                                        TROY JACQUES


DATED: April 14, 2016                                           LOCKE LORD, LLP


                                                                By:       /s/ Alice Kokodis
                                                                        Alice Kokodis
                                                                        Attorney for Defendant
                                                                        BANK OF AMERICA, N.A.


IT IS SO ORDERED.

Dated:   **April 22, 2016**

                                                                _____
                                                                UNITED STATES MAGISTRATE JUDGE