UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TROY JACQUES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, aka BANK OF AMERICA N.A.; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation; EARLY WARNING SERVICES, LLC, a limited liability company, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00821-SAB<br><br>**ORDER RE STIPULATION TO CONTINUE DATES FOR EXPERT DISCOVERY AND FILING OF DISPOSITIVE MOTIONS**<br><br>Pre-Trial: August 19, 2016<br>Trial: September 20, 2016 |

　　　　This Stipulation is made by and between counsel for Plaintiff TROY JACQUES and sole Defendant BANK OF AMERICA, N.A.

## **RECITALS**

　　　　WHEREAS the parties have engaged in discovery and conferred further in an effort to conclude discovery and conduct expert discovery and otherwise prepare this matter for trial and upon discussion with the above Court have agreed to modify the dates set forth in the ORDER RE STIPULATION TO CONTINUE DATES FOR DISCOVERY, DESIGNATION OF EXPERTS, FILING OF NON-DISPOSITIVE MOTIONS, AND FILING OF DISPOSITIVE MOTIONS filed on April 22, 2016; and

WHEREAS the parties are engaged in expert discovery now and find it in their mutual best interests or are otherwise agreeable to modify the dates for various tasks to be accomplished and wish to modify those dates to accommodate scheduling.

## **STIPULATION**

NOW, THEREFORE, the parties do hereby stipulate, by and through their counsel as follows:

1. The original Supplemental/Rebuttal Expert Disclosure was March 18, 2016. Pursuant to Stipulation and Court order it was extended to May 20, 2016, and pursuant to a second Stipulation and Court order was extended to June 20, 2016. The parties now agree to disclose supplemental/rebuttal experts on or before **June 29, 2016**.

2. The deadline for completing expert discovery was April 29, 2016. Pursuant to Stipulation and Court order it was extended to June 2, 2016, and pursuant to a second Stipulation and Court order was extended to July 5, 2016. The parties now agree to complete expert discovery by **July 15, 2016**.

3. The deadline for the filing of Dispositive Motions was May 13, 2016. Pursuant to Stipulation and Court order it was extended to June 10, 2016, and pursuant to a second Stipulation and Court order was extended to July 12, 2016. The parties now agree that the filing of such motions must be completed on **June 27, 2016**, with any oppositions due **July 18, 2016**, and any reply papers due **July 25, 2016**.

4. The deadline for the filing of a Joint Pre-Trial Statement is **August 12, 2016**.

5. The parties agree that the Pre-Trial Conference **and** any Dispositive Motions will be heard on **August 19, 2016**.

6. The parties agree that the Trial remains set on September 20, 2016, at 8:30 a.m. in Courtroom 9 as a jury trial.

///
///

| | |
|---|---|
| DATED: June 17, 2016. | CORNWELL & SAMPLE, LLP |
| | By:      /s/ Stephen R. Cornwell<br>Stephen R. Cornwell<br>Attorney for Plaintiff<br>TROY JACQUES |
| DATED: June 17, 2016 | LOCKE LORD, LLP |
| | By:      /s/ Alice Kokodis<br>Alice Kokodis<br>Attorney for Defendant<br>BANK OF AMERICA, N.A. |

IT IS SO ORDERED.

Dated:   **June 17, 2016**

_____
UNITED STATES MAGISTRATE JUDGE