# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00821-SAB<br><br>**ORDER RE INFORMAL TELEPHONIC CONFERENCE**<br><br>*Pretrial Conference:* September 22, 2016, at 10:00 a.m. in Courtroom 9 (SAB)<br><br>*Motions In Limine Deadlines:*<br>Filing:      October 19, 2016<br>Opposition: November 2, 2016<br>Reply:       November 9, 2016<br>Hearing:    November 16, 2016, at 10:00 a.m. in Courtroom 9 (SAB)<br><br>*Trial Date:* December 6, 2016, at 8:30 a.m. in Courtroom 9 (SAB); 10 days |

On June 29, 2016, the Court conducted an informal telephonic conference to discuss court dates in this matter. Stephen Cornwell and Peter Bradley appeared on behalf of Plaintiff and Alice Kokodis appeared on behalf of Defendants.

The Court informed the parties that because Defendants' motion for summary judgment could potentially result in granting partial summary judgment in this action, it is inefficient for the Court to hold the pretrial conference on the same date as the hearing on Defendants' motion for summary judgment. Therefore, the dates for the pretrial conference, motions in limine, and trial must be rescheduled. However, the hearing on the motion for summary judgment remains

scheduled for August 19, 2016, at 9:30 a.m.  Having received confirmation from the parties, the matter is now set for a 10 day jury trial beginning on Tuesday, December 6, 2016, at 8:30 a.m. in Courtroom 9, before the undersigned.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference is set for **September 22, 2016, at 10:00 a.m.** in Courtroom 9 before the Honorable Stanley A. Boone;

2. Motions in limine are due on or before **October 19, 2016**.  Oppositions to the motions in limine are due on or before **November 2, 2016**.  Replies to the motions in limine are due on or before **November 9, 2016.**  This matter is set for a hearing on the motions in limine before the Honorable Stanley A. Boone on **November 16, 2016**, **at 10:00 a.m.**, in Courtroom 9; and

3. This matter is set for a 10 day jury trial before the Honorable Stanley A. Boone on **December 6, 2016, at 8:30 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated:   **June 30, 2016**

UNITED STATES MAGISTRATE JUDGE

2