Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

Attorneys for Plaintiff, TROY JACQUES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TROY JACQUES,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, aka BANK OF AMERICA N.A.; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation; EARLY WARNING SERVICES, LLC, a limited liability company, and DOES 1 through 50,<br><br>          Defendants. | CASE NO.: 1:12-cv-00821-SAB<br><br>**STIPULATION TO CONTINUE DATES FOR EXPERT DISCOVERY; ORDER** |

This Stipulation is made by and between counsel for Plaintiff TROY JACQUES and sole Defendant BANK OF AMERICA, N.A.

**RECITALS**

WHEREAS the parties have engaged in expert discovery and conferred further in an effort to conclude said discovery and otherwise prepare this matter for trial and upon discussion with the above Court have agreed to modify the dates set forth in the ORDER RE INFORMAL TELEPHONIC CONFERENCE filed on July 1, 2016; and

/ / /

/ / /

WHEREAS the parties are engaged in expert discovery now and find it in their mutual best interests or are otherwise agreeable to modify the dates for various tasks to be accomplished and wish to modify those dates to accommodate scheduling.

**STIPULATION**

NOW, THEREFORE, the parties do hereby stipulate, by and through their counsel as follows:

1. The deadline for completing expert discovery was April 29, 2016 and pursuant to Stipulation and Court order it was extended to June 2, 2016. Pursuant to a second Stipulation and Court order it was extended to July 5, 2016 and pursuant to a third Stipulation and Court Order it was extended to July 15, 2016. The parties now agree to complete expert discovery by **September 30, 2016**.

2. The parties agree that the Pre-Trial Conference remain set on September 22, 2016, at 10:00 a.m.

3. The parties agree that the Trial remains set on December 6, 2016, at 8:30 a.m. in Courtroom 9 as a jury trial.

DATED: July 15, 2016.                                   CORNWELL & SAMPLE, LLP

                                        By:        /s/ Stephen R. Cornwell
                                                  Stephen R. Cornwell
                                                  Attorney for Plaintiff
                                                  TROY JACQUES

DATED: July 15, 2016                                    LOCKE LORD, LLP

                                        By:        /s/ Alice Kokodis
                                                  Alice Kokodis
                                                  Attorney for Defendant
                                                  BANK OF AMERICA, N.A.

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to complete expert discovery is extended to September 30, 2016.  The parties are advised that the expert cut-off deadlines are the dates by which all discovery must be completed.  Absent good cause, discovery motions will not be heard after the discovery deadlines.  In other words, discovery requests and deposition notices must be served sufficiently in advance of the discovery deadlines to permit time for a response, time to meet and confer, time to prepare, file and hear a motion to compel and time to obtain relief on a motion to compel.  Compliance with these discovery cutoffs requires motions to compel be filed and heard sufficiently in advance of the discovery cutoff so that the Court may grant effective relief within the allotted discovery time.  A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely.  Further, although the expert discovery deadline has been extended the parties will be required to raise all expert issues, such as the expert's qualifications, basis for or scope of opinion, etc. in their motions in limine.  The Court will not find good cause for failure to timely raise an expert issue during trial due to the stipulated extension of the expert deadline.

IT IS SO ORDERED.

Dated:   **July 15, 2016**

UNITED STATES MAGISTRATE JUDGE