# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>  Plaintiff,<br><br> v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>  Defendants. | Case No. 1:12-cv-00821-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEADLINE TO FILE REQUEST TO SEAL<br><br>(ECF No. 172)<br><br>DEADLINE: August 15, 2016 by noon |

On July 28, 2016, this Court issued an order denying the parties request to seal documents without prejudice. The parties were directed that any further request to seal must be filed within fourteen days. On August 4, 2016, the parties filed a stipulation to extend the deadline to file a request to seal.

The Court shall grant the parties an extension of time to August 15, 2016 to file their requests to seal. The parties are advised that in seeking to have documents sealed, any document for which the substance of the document has been publically disclosed in the current motion would not be appropriate for sealing and should be filed as an addendum to the motion for summary judgment or opposition.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that any request to seal, or documents which the parties seek to have the Court consider in deciding Defendants' motion for summary judgment, shall be filed by **noon on Monday, August 15, 2016**.

IT IS SO ORDERED.

Dated:  **August 5, 2016**

UNITED STATES MAGISTRATE JUDGE