# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>           Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>           Defendants. | Case No. 1:12-cv-00821-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>SIXTY DAY DEADLINE<br><br>(ECF No. 196) |

On October 24, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 24, 2016**

UNITED STATES MAGISTRATE JUDGE

1