# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00821-SAB<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR A SIXTY DAY EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 198, 199)<br><br>DEADLINE:  MARCH 1, 2017 |

On October 24, 2016, Plaintiff filed a notice of settlement.  Due to the fact that Plaintiff had previously filed bankruptcy and the settlement would need to be addressed through that court, an order issued directing the parties to file dispositive documents with sixty days of October 25, 2016. On December 23, 2016, the parties filed separate status reports.

It is apparent from the parties status reports that there was confusion as to how the settlement would be handled through the bankruptcy proceedings.  Defendants have advised Plaintiff that they have retained bankruptcy counsel and will take all steps necessary to have the settlement agreement approved though the Bankruptcy Court.  Defendants seek an additional sixty days to finalize the agreement.  The Court finds good cause to grant Defendants' request.

Plaintiff seeks for this Court to order a report from the bankruptcy attorney regarding the discussions between the lawyer and the Trustee because it can be weeks before counsel knows

what is actually being done. Alternatively, Plaintiff seeks an order for a conference with the Trustee, defense counsel, plaintiff's counsel, the Plaintiff, the defendant's bankruptcy counsel, and the attorney for the Plaintiff in the bankruptcy. The Court does not have jurisdiction over the bankruptcy in this action. If Plaintiff's counsel seeks information on the bankruptcy proceedings he is advised to contact the Clerk of the Bankruptcy Court or Plaintiff's bankruptcy attorney. As the debtor, Plaintiff should receive information on the bankruptcy proceedings from the Trustee.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant's request for an extension of time to file dispositive documents is GRANTED. The parties shall file dispositive documents on or before March 1, 2017.

IT IS SO ORDERED.

Dated:   **December 27, 2016**

UNITED STATES MAGISTRATE JUDGE