# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JACQUES,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendants. | Case No.  1:12-cv-00821-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF Nos. 196, 200) |

       This action was removed from the Superior Court of California, County of Fresno on May 18, 2012.  (ECF No. 1.)  On October 25, 2016, Plaintiff filed a notice of settlement and pursuant to Plaintiff's request, the parties were to file dispositive documents within sixty days of October 25, 2016.  (EF No. 196, 197.)  The parties filed status reports on December 23, 2016 and sought an additional extension of time to file dispositive documents because an issue had to be resolved regarding Plaintiff's previously filed bankruptcy.  (ECF Nos. 198, 199.)  On December 27, 2016, an order issued requiring the parties to file dispositive documents on or before March 1, 2017.  (ECF No. 200.)

       The parties have not filed dispositive documents nor have they filed an extension of time to do so.  The parties have been provided with four months in which to file dispositive documents and have not complied with the December 27, 2016 order to file such documents by

1  March 1, 2017.

2      Based upon the notice of settlement of this action, IT IS HEREBY ORDERED that this
3  action is DISMISSED with prejudice for failure to comply with the December 27, 2106 order.
4  The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 3, 2017**                         _____
                                                   UNITED STATES MAGISTRATE JUDGE